# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GOMEZ, JOSE J. § Case No. 12-34977
GOMEZ, DELIA G. §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 07/11/2013 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/01/2013        By: Kenneth S. Gardner
                                     Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
GOMEZ, JOSE J. § Case No. 12-34977
GOMEZ, DELIA G. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 1,527.78 |
| leaving a balance on hand of[1] | $ | 13,472.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 138.81 | $ 0.00 | $ 138.81 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,388.81 |
| Remaining Balance | | $ | 11,083.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,785.92  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dell Financial Services, LLC | $ 859.29 | $ 0.00 | $ 384.24 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 5,234.23 | $ 0.00 | $ 2,340.57 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 1,874.38 | $ 0.00 | $ 838.16 |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ 409.34 | $ 0.00 | $ 183.04 |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ 2,997.55 | $ 0.00 | $ 1,340.40 |
| 000006 | Capital One Bank (USA), N.A. | $ 2,629.19 | $ 0.00 | $ 1,175.68 |
| 000007 | Quantum3 Group LLC as agent for | $ 739.61 | $ 0.00 | $ 330.73 |
| 000008 | eCAST Settlement Corporation, assignee | $ 4,320.82 | $ 0.00 | $ 1,932.12 |
| 000009 | Capital One, N.A. | $ 702.90 | $ 0.00 | $ 314.32 |
| 000010 | GE Capital Retail Bank | $ 1,490.63 | $ 0.00 | $ 666.56 |
| 000011 | GE Capital Retail Bank | $ 3,527.98 | $ 0.00 | $ 1,577.59 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 11,083.41 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                        Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-34977-CAD
Jose J. Gomez Chapter 7
Delia G. Gomez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: wepps     Page 1 of 3     Date Rcvd: Jun 10, 2013
                  Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2013.
```
db/jdb        +Jose J. Gomez,   Delia G. Gomez,    1342 Walnut Ridge Dr.,    Montgomery, IL 60538-1464
19394706      +American Home Mortgage Service,    Attn: AHMSI / Bankruptcy Dept.,    PO Box 631730,
                Irving, TX 75063-0002
19394707      +Bank of America,   Attention: Recovery Department,    4161 Peidmont Pkwy.,
                Greensboro, NC 27410-8110
19394708      +Capital One,   PO Box 5253,    Carol Stream, IL 60197-5253
20048455       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20207288       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19394709      +Capital One, N.A.,    Attn.: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
19394710      +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
19394711       Chase,   PO Box 96122,    Ft. Worth, TX 76161-0227
19394712      +Citibank SD, N.A.,    Attn: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
19394713     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    1 Dell Way,    Round Rock, TX 78682)
19394714      +Equifax,   PO Box 740256,    Atlanta, GA 30374-0256
19394715       Experian,   PO Box 9554,    Allen, TX 75013-9554
19394718      +Indymac Bank / Onewest Bank,    Attn.: Bankruptcy,    2900 Esperanza Crossing,
                Austin, TX 78758-3658
19394720      +PNC Bank,   2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
19394721       Sears / CBNA,   133200 Smith Rd.,    Cleveland, OH 44130
19394723      +Sears / CBNA,   PO Box 6282,    Sioux Falls, SD 57117-6282
19394722      +Sears / CBNA,   8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
19394724     #+Trans Union,   PO Box 6790,    Fullerton, CA 92834-9416
19394725      +WFNNB,   Attention: Bankruptcy,    PO Box 182685,    Columbus, OH 43218-2685
20192931       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20271399       E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2013 02:30:24      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19394716      +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 02:20:15      GEMB / JC Penny,
                Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
19394717       E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 02:26:37      GEMB / Old Navy,   Attn: Bankruptcy,
                PO Box 130104,    Roswell, GA 30076
19394719      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 11 2013 02:05:45      Kohls / Capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19974994      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 11 2013 02:04:13
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20082147       E-mail/Text: bnc-quantum@quantum3group.com Jun 11 2013 02:15:40
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 6
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19974746*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: wepps              Page 2 of 3              Date Rcvd: Jun 10, 2013
                              Form ID: pdf006          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 3 of 3                Date Rcvd: Jun 10, 2013
                              Form ID: pdf006          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2013 at the address(es) listed below:

```
              David   Linde    on behalf of Joint Debtor Delia G. Gomez delinde.foxvalley@gmail.com
              David   Linde    on behalf of Debtor Jose J. Gomez delinde.foxvalley@gmail.com
              Gloria C  Tsotsos    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee for American Home Mortgage Investment Trust 2006-3 nd-two@il.cslegal.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               timothyy@nevellaw.com
                                                                                             TOTAL: 6
```

Case 12-34977   Doc 43   Filed 06/10/13   Entered 06/12/13 23:33:46   Desc Imaged
Certificate of Notice   Page 7 of 7