UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOMEZ, JOSE J. | § | Case No. 12-34977 |
| GOMEZ, DELIA G. | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| AMERICAN, REMAX GREAT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Capital One PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | Capital One, N.A. Attn.: Bankruptcy PO Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank SD, N.A. Attn: Centralized Bankruptcy PO Box 20507 Kansas City, MO 64195 | | | | | |
| | Dell Financial Services 1 Dell Way Round Rock, TX 78682 | | | | | |
| | GEMB / JC Penny Attention: Bankruptcy PO Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / Old Navy Attn: Bankruptcy PO Box 130104 Roswell, GA 30076 | | | | | |
| | Kohls / Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Sears / CBNA 133200 Smith Rd. Cleveland, OH 44130 | | | | | |
| | Sears / CBNA 8725 W. Sahara Ave. The Lakes, NV 89163 | | | | | |
| | Sears / CBNA PO Box 6282 Sioux Falls, SD 57117 | | | | | |
| | WFNNB Attention: Bankruptcy PO Box 182685 Columbus, OH 43218 | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | CAPITAL ONE, N.A. | | | | | |
| 000001 | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | GE CAPITAL RETAIL BANK | | | | | |
| 000011 | GE CAPITAL RETAIL BANK | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000007 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 12-34977 Doc 45 Filed 09/24/13 Entered 09/24/13 14:32:10 Desc Main
Document Page 8 of 11

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-34977 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | GOMEZ, JOSE J. | | | Date Filed (f) or Converted (c): | 08/31/12 (f) |
| | GOMEZ, DELIA G. | | | 341(a) Meeting Date: | 09/25/12 |
| For Period Ending: | 09/22/13 | | | Claims Bar Date: | 04/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 1342 Walnut Ridge Dr. Montgomery, IL | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2. real estate -149 N. Fourth St. Aurora, IL | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 3. real estate - 430 S. Lake St. Aurora, IL | 20,000.00 | 20,000.00 | | 15,000.00 | FA |
| 4. real estate - 508 College Ave. Aurora, IL | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Cash | 10.00 | 0.00 | DA | 0.00 | FA |
| 6. checking accounts (2) - Chase Bank | 600.00 | 0.00 | DA | 0.00 | FA |
| 7. Household Goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Wearing Apparel | 200.00 | 200.00 | DA | 0.00 | FA |
| 9. IMRF - Aurora Township | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Pension - Labor Union | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. pension 457 plan | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 2000 Chevy Tahoe | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 13. 1994 GMC Sonoma | 900.00 | 0.00 | DA | 0.00 | FA |
| 14. 1991 Jeep Wrangler | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15. 1996 GMC Dump Truck | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 16. checking account - West Suburban Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $358,210.00 | $21,200.00 | | $15,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/13    Current Projected Date of Final Report (TFR): 06/15/13

LFORM1                                                                                                                Ver: 16.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-34977 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GOMEZ, JOSE J. | | Bank Name: | Congressional Bank |
| | GOMEZ, DELIA G. | | Account Number / CD #: | *******9439 Checking Account |
| Taxpayer ID No: | *******8056 | | | |
| For Period Ending: | 09/22/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/24/12 | 3 | JOSE J. GOMEZ<br>1342 WALNUT RIDGE DR.<br>MONTGOMERY, IL 60538 | | 1110-000 | 15,000.00 | | 15,000.00 |
| 01/31/13 | 001001 | REMAX GREAT AMERICAN | broker fees - 430 S Lake St. | 3510-000 | | 1,500.00 | 13,500.00 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 13.46 | 13,486.54 |
| 05/31/13 | | Congressional Bank | bank service fee | 9999-000 | | 13.85 | 13,472.69 |
| 06/01/13 | | Congressional Bank | bank service charge (4/22/13) | 2600-000 | | 14.32 | 13,458.37 |
| 07/11/13 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 2,250.00 | 11,208.37 |
| 07/11/13 | 001003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 138.81 | 11,069.56 |
| 07/11/13 | 001004 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | | 7100-000 | | 384.24 | 10,685.32 |
| 07/11/13 | 001005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | 7100-000 | | 2,340.57 | 8,344.75 |
| 07/11/13 | 001006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | | 7100-000 | | 838.16 | 7,506.59 |
| 07/11/13 | 001007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A. | | 7100-000 | | 183.04 | 7,323.55 |

Page Subtotals 15,000.00 7,676.45

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 12-34977 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GOMEZ, JOSE J. | | Bank Name: | Congressional Bank |
| | GOMEZ, DELIA G. | | Account Number / CD #: | *******9439 Checking Account |
| Taxpayer ID No: | *******8056 | | | |
| For Period Ending: | 09/22/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/11/13 | 001008 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | | 7100-000 | | 1,340.40 | 5,983.15 |
| 07/11/13 | 001009 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Capital One Bank (USA), N.A. | | 7100-000 | | 1,175.68 | 4,807.47 |
| 07/11/13 | 001010 | PO Box 71083<br>Charlotte, NC 28272-1083<br>Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | | 7100-000 | | 330.73 | 4,476.74 |
| 07/11/13 | 001011 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | | 7100-000 | | 1,932.12 | 2,544.62 |
| 07/11/13 | 001012 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | | 7100-000 | | 314.32 | 2,230.30 |
| 07/11/13 | 001013 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 666.56 | 1,563.74 |
| 07/11/13 | 001014 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120 | | 7100-000 | | 1,577.59 | -13.85 |

Page Subtotals      0.00      7,337.40

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-34977 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | GOMEZ, JOSE J. | Bank Name: | Congressional Bank |
| | GOMEZ, DELIA G. | Account Number / CD #: | *******9439 Checking Account |
| Taxpayer ID No: | *******8056 | | |
| For Period Ending: | 09/22/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/13 | | Miami FL 33131-1605<br>CB | service fee refund | 9999-000 | 13.85 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 15,013.85 | 15,013.85 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,013.85 | 15,013.85 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,013.85 | 15,013.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********9439 | 15,013.85 | 15,013.85 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 15,013.85 | 15,013.85 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       13.85       0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*